AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Weisman, M. David | Northern District of Illinois | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full time) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Dirksen Federal Courthouse
219 S. Dearborn Street, Suite 1318
Chicago, IL 60604

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President | Federal Bar Association, Chicago Chapter |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weisman, M. David | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | ▆▆▆▆▆▆▆▆ (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Visa card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weisman, M. David | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Frontier (FTR) | A | Dividend | J | T | | | | | |
| 2. Banks Account (H) | | | | | | | | | |
| 3. Bank of America Cash Account | A | Interest | K | T | | | | | |
| 4. Fifth Third Cash Account | A | Interest | J | T | | | | | |
| 5. Novia Scotia Bank Cash Account | | None | J | T | | | | | |
| 6. Brokerage Account #1 (H) | | | | | | | | | |
| 7. USAA Treasury MMKT (UATXX) | | None | J | T | | | | | |
| 8. Crocs Inc. (CROX) | | None | J | T | | | | | |
| 9. Katten Muchin Rosnemann Defined Contribution Plan (H) | | | | | | | | | |
| 10. Fidelity Growth Company (FDGRX) | D | Dividend | M | T | | | | | |
| 11. MSH Profit Sharing 401(k) Plan and Trust (H) | | | | | | | | | |
| 12. Vangaurd Life Strategy Growth Inv. (VASGX) | B | Dividend | K | T | | | | | |
| 13. USAA 529 College Savings Plan (H) | | | | | | | | | |
| 14. USAA Aggressive Growth Portfolio (USAUX) | A | Dividend | J | T | | | | | |
| 15. IRA #1 (H) | | | | | | | | | |
| 16. USAA Aggressive Grwoth Portfolio (USAUX) | A | Dividend | J | T | | | | | |
| 17. IRA #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weisman, M. David | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. USAA Aggressive Growth Portfolio (USAUX) | C | Dividend | K | T | | | | | |
| 19. Brokerage Account #2 (H) | | | | | | | | | |
| 20. Comcast (CMCSA) | B | Dividend | K | T | Buy (add'l) | 04/13/17 | J | | |
| 21. IRA #3 (H) | | | | | | | | | |
| 22. Fidelity Strategic Advisers Core (FCSAX) | A | Dividend | K | T | | | | | |
| 23. Fidelity Strategic Advisers Growth (FSGFX) | A | Dividend | J | T | | | | | |
| 24. Fidelity Strategic Advisers Value (FVSAX) | A | Dividend | J | T | | | | | |
| 25. Fidelity Strategic Advisers Emerging Markets (FSAMX) | A | Dividend | J | T | | | | | |
| 26. Fidelity Strategic Advisers Small-Mid Cap (FSCFX) | A | Dividend | J | T | | | | | |
| 27. Fidelity Strategic Advisers International (FILFX) | A | Dividend | J | T | | | | | |
| 28. FIDELITY SAI US LARGE CAP INDEX (FLCPX) (X) | A | Dividend | J | T | | | | | |
| 29. FIDELITY SAI INTERNATIONAL INDEX (FIONX) (X) | A | Dividend | J | T | | | | | |
| 30. FIDELITY SAINEMERG MARKETS INDEX (FERGX) (X) | A | Dividend | J | T | | | | | |
| 31. AQR MANAGED FUTURESBFUND CL N (AQMNX) (X) | A | Dividend | J | T | | | | | |
| 32. Fidelity Strategic Advisers Short Duratoin (FAUDX) | A | Dividend | J | T | | | | | |
| 33. Fidelity Strategic Advisers Income Opportunities (FPIOX) | A | Dividend | J | T | | | | | |
| 34. Fidelity Strategic Advisers Core Income (FPCIX) | A | Dividend | K | T | Buy (add'l) | 02/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weisman, M. David | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PIMCO Commodity Real Ret Strat Instil (PCRIX) (X) | A | Dividend | J | T | | | | | |
| 36. IRA #4 (H) | | | | | | | | | |
| 37. Fidelity Strategic Advisers Core (FCSAX) | C | Dividend | M | T | Sold (part) | 02/03/17 | J | | |
| 38. | | | | | Sold (part) | 08/11/17 | J | | |
| 39. | | | | | Sold (part) | 12/13/17 | J | A | |
| 40. Fidelity Strategic Advisers Growth (FSGFX) | A | Dividend | L | T | Sold (part) | 02/03/17 | J | | |
| 41. | | | | | Sold (part) | 05/25/17 | J | | |
| 42. | | | | | Sold (part) | 08/11/17 | J | | |
| 43. | | | | | Sold (part) | 12/13/17 | J | A | |
| 44. Fidelity Strategic Advisers Value (FVSAX) | B | Dividend | L | T | Sold (part) | 08/11/17 | J | | |
| 45. | | | | | Sold (part) | 12/13/17 | J | A | |
| 46. Fidelity Strategic Advisers Emerging Markets (FSAMX) | A | Dividend | K | T | Sold (part) | 08/11/17 | J | | |
| 47. Fidelity Strategic Advisers Small-Mid Cap (FSCFX) | B | Dividend | K | T | | | | | |
| 48. Fidelity Strategic Advisers International (FILFX) | B | Dividend | L | T | Sold (part) | 02/03/17 | J | | |
| 49. | | | | | Sold (part) | 05/25/17 | J | | |
| 50. | | | | | Sold (part) | 12/13/17 | J | A | |
| 51. Fidelity SAI US Large Cap Index (FLCPX) | A | Dividend | J | T | Buy (add'l) | 08/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weisman, M. David | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity SAI International Index (FIONX) | A | Dividend | J | T | Buy (add'l) | 08/11/17 | J | | |
| 53. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 54. Fidelity SAI Emerging Markets Index (FERGX) | A | Dividend | J | T | Buy (add'l) | 02/03/17 | J | | |
| 55. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 56. AQR Managed Futures Strategy N (AQMNX) | A | Dividend | J | T | | | | | |
| 57. Fidelity Strategic Advisers Short Duratoin (FAUDX) | A | Dividend | K | T | Sold (part) | 02/03/17 | J | | |
| 58. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 59. | | | | | Sold (part) | 08/11/17 | J | | |
| 60. Fidelity Strategic Advisers Income Opportunities (FPIOX) | A | Dividend | J | T | Sold (part) | 02/03/17 | J | | |
| 61. Fidelity Strategic Advisers Core Income (FPCIX) | A | Dividend | M | T | Buy (add'l) | 02/03/17 | J | | |
| 62. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 63. Eaton Vance Glbl Macro Abs Ret Advtg (EGRIX) | A | Dividend | J | T | | | | | |
| 64. PIMCO Commodity Real Ret Strat Instil (PCRIX) | A | Dividend | J | T | | | | | |
| 65. Templeton Global Bond A (TPINX) | A | Dividend | | | Sold | 02/03/17 | J | | |
| 66. FIMM Govt. Portfolio: Inst (FRGXX) | A | Dividend | J | T | Buy (add'l) | 02/03/17 | J | | |
| 67. | | | | | Sold (part) | 02/14/17 | J | | |
| 68. | | | | | Sold (part) | 05/30/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weisman, M. David | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/11/17 | J | | |
| 70. | | | | | Sold (part) | 08/21/17 | J | | |
| 71. | | | | | Sold (part) | 11/20/17 | J | | |
| 72. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 73. City of Chicago Deferred Compensation Plan (H) | | | | | | | | | |
| 74. T. Row Price Retirement 2015 (TRFGX) | B | Dividend | M | T | | | | | |
| 75. UTMA #1 (H) | | | | | | | | | |
| 76. USAA Aggressive Growth (USAUX) | C | Dividend | L | T | | | | | |
| 77. UTMA #2 (H) | | | | | | | | | |
| 78. USAA Capital Growth (USCGX) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weisman, M. David | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 26 and 47: Name changes; see 2016, lines 30 and 44, respectively.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ M. David Weisman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544